IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:14-CR-139 |
| v. | ) | |
| | ) | |
| DONALD WEST, | ) | (VARLAN / GUYTON) |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This matter came before the undersigned for a preliminary hearing on a Petition For Warrant For Offender Under Supervision [Doc. 47] pursuant to Fed. R. Cr. P. 5.1 on June 12, 2017. Jennifer Kolman, Assistant United States Attorney, was present representing the Government, and Jonathan Moffatt was present representing the Defendant. The Defendant was also present. At the hearing, the Government presented the testimony of U.S. Probation Officer Corey Miller. Officer Miller's testimony established probable cause for the Court to conclude that the Defendant committed several violations of his supervised release conditions.

Accordingly, it is **ORDERED** that the Defendant is therefore held to answer in the District Court.

**IT IS SO ORDERED.**

ENTER:

_/s/ Bruce Guyton_
United States Magistrate Judge